UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE RIVKIN, an individual; SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, a non-profit corporation, dba HOUSING RIGHTS CENTER<br><br>Plaintiffs,<br><br>vs.<br><br>JS & RS, INC.; MAJESTIC PROPERTIES,<br><br>Defendants. | 2:08-cv-03719-FMC-AGRx<br><br>TEMPORARY RESTRAINING ORDER |

The Court has read and considered Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re Injunction [4]. Good cause appearing therefor,

IT IS HEREBY ORDERED:

Plaintiff Natalie Rivkin, a tenant in Defendants' property, may move her medically-prescribed dog into her unit to reside with her. Pending resolution of Plaintiffs' Application for Preliminary Injunction, Defendants are enjoined from taking any steps to evict Plaintiff Rivkin from Defendants' property or to otherwise interfere with her peaceful enjoyment thereof.

1   Defendants shall appear before this Court, Roybal Federal Building, 255 East
2   Temple Street Room 750, Los Angeles, CA 90012 on Monday, June 30, 2008 at
3   11:00 a.m., and show cause why an Injunction should not issue, extending the terms
4   of this Temporary Restraining Order pending final adjudication of this litigation.

5   This Temporary Restraining Order is to be personally served on Defendants
6   no later than 4:00 p.m. on Tuesday, June 17, 2008.  Any Opposition papers shall be
7   filed and served no later than 4:00 p.m. on Tuesday, June 23, 2008.

9   IT IS SO ORDERED.

11  Dated: June 13, 2008        _____
12                              FLORENCE-MARIE COOPER, JUDGE
13                              UNITED STATES DISTRICT COURT